■ RICHARD T. DUNNIGAN, Appellant, v. SYRACUSE MEMORIAL HOSPITAL, INC., Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 28, 1963.

■ In the Matter of NORMAN J. BEIKIRCH, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Proceeding dismissed unless records and briefs are filed and served on or before January 28, 1963.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALFRED BROUGH, Appellant.— Appeal dismissed unless appellant's brief is filed and served on or before January 23, 1963.

■ BERNARD FALCONE, Respondent, v. MYRTLE M. FALCONE, Appellant.— Motion granted and order dismissing appeal pursuant to rule X vacated, upon condition that appellant's brief is filed and served on or before January 23, 1963.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion granted to appeal on original papers, typewritten briefs. (Order entered Dec. 17, 1962.)

■ (A) In the Matter of CORNELIUS CAUWELS, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (B) JEWETT REFRIGERATOR CO., INC., Appellant, v. THERESA B. SILVER, as Executrix of WILLIAM SILVER, Deceased, Respondent. (C) ANTHONY MADALENA, Appellant, v. WILLIAM JONES, Respondent. ROSE MADALENA, Appellant, v. WILLIAM JONES, Respondent. (D) In the Matter of JOHN PICKWORTH, Petitioner, v. JOSEPH P. KELLY, as Commissioner, Respondent. (E) STANDARD CONVEYOR COMPANY, Respondent, v. PAUL'S PIES, INC., Appellant. (F) SCHANTZ HOMES, INC., Appellant, v. JOHN P. KELLY, SR. et al., Doing Business as JOHN P. KELLY & SONS, Respondents. (G) JOSEPH L. CROGAN, Plaintiff, v. NIAGARA FRONTIER STATE PARK COMMISSION, Defendant. (H) GERALD H. HORN, as Administrator of the Estate of SUSAN MARIE HORN, Deceased, Claimant, v. STATE OF NEW YORK, Defendant.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DONALD HOGAN, Appellant. (Robert E. Wildridge, Esq., for Gerald A. Weinstein, Esq.; order entered Dec. 13, 1962.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL DI LAPO. (John P. Lane, Esq., for Adolph M. Newman, Esq.) — [In each action] Order of substitution of attorneys entered.

■ (A) RICHARD NASH & Co., LTD., Respondent, v. CHARLES S. JACOBOWITZ CORP., Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH FELIX MALLETTE, Appellant. (C) ROY W. ROBINSON et al., Appellants, v. ALBERT BARKEWITZ, Respondent. (D) EDWARD L. SMITH, Appellant, v. STATE OF NEW YORK, Respondent. (E) WILMA A. SMITH, Appellant, v. STATE OF NEW YORK, Respondent. (F) WAYNE VAN HEUVERZWYN, an Infant, Appellant, v. STATE OF NEW YORK, Respondent. (G) LE ROY WILLIAMS, Appellant, v. STATE OF NEW YORK, Respondent.— [In each action] Motion granted and appeal dismissed.

■ MARY MCCARTHY, Respondent, v. JOHN MCCARTHY, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CHARLES ELDWOOD PRESLEY, Defendant.— Motion for a change of venue denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE THOMAS, Appellant, v. ALBERT SKINNER, as Sheriff, Respondent.— Motion granted and proceedings stayed pending hearing and determination of appeal and appeal added to January 1963 Term Calendar. Appellant directed to file and serve typewritten brief on or before Friday, January 11, 1963; respondent to file typewritten brief upon argument of the appeal.